# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Natalia Volkova,

Plaintiff(s),

v.

C.H. Robinson Company, et al,

Defendant(s).

Case No. 16 C 1883
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Jurors return their verdict in favor of Plaintiff Natalia Volkova and against Defendants Dung Quoc Nguyen, Antioch Transport, Inc. and C.H. Robinson Worldwide in the total amount of $18,600,000.

This action was *(check one)*:

☒ tried by a jury with Judge Ronald A. Guzman presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date: 5/16/2019                                    Thomas G. Bruton, Clerk of Court

                                                   /s/Imelda Saccomonto , Deputy Clerk